UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EDWARD LAREMORE,

    Plaintiff,

v.                                     Case No.: 2:21-cv-890-SPC-DAB

KNAUF GIPS KG, KNAUF
PLASTERBOARD TIANJIN CO.
LTD. and KNAUF NEW
BUILDING SYSTEM (TIANJIN)
CO. LTD.,

    Defendants.
_____/

## **ORDER**[1]

On April 27, 2023, the Court granted Defendants' Motion for Partial Summary Judgment as to Issues Common on All Cases as much as Defendants satisfied Florida Statute § 768.73(2)(a) but denied it as to the requirements of subsection (2)(b). (Doc. 58). For the latter conclusion, the Court decided it needs further proceedings on whether the prior jury award for punitive damages is insufficient punishment to prevent successive punitive damages award here per subsection (2)(b). (Doc. 58 at 7).

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

Since then, Senior United States District Judge John E. Steele held an evidentiary hearing on May 23 in a like case with the identical punitive damages issue. *See Judge v. Knauf Gips KG*, No. 2:21-cv-889-JES-DAB. At the hearing, Judge Steele received evidence, heard testimony, and listened to arguments on whether the plaintiff provided clear and convincing evidence that the amount of a prior punitive damages awarded was insufficient to punish Defendants' behavior. (JES-Doc. 67; JES-Doc. 68; JES-Doc. 69).

The Court is inclined to take judicial notice of the evidence, testimony, and arguments presented at Judge Steele's hearing to decide the outstanding successive punitive damages issue under Fla. Stat. § 768.73(2)(b) in this case. The Court, however, will give the parties a chance to supplement the record on any issues unique to this case before it reaches a decision. To be clear, the Court expects no party to submit more papers or evidence—it is merely allowing them to do so.

Accordingly, it is now

**ORDERED:**

1. Plaintiff Edward Laremore may file, on or before **June 16, 2023**, a supplemental brief, not to exceed five pages, along with any evidence on whether the prior punitive damages award was insufficient to punish Defendants' behavior. Defendants may do the same by the same date.

2

2. Defendants may file, on or before **June 22, 2023,** a joint response, not to exceed five pages, along with any evidence, that addresses Plaintiff's supplemental papers (if any are filed). Plaintiff may do the same by the same date if Defendants file supplemental papers.

**DONE** and **ORDERED** in Fort Myers, Florida on June 2, 2023.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record